■ In the Matter of FRANK WILLIAMS, Petitioner, v THEODORE S. KASSLER, Respondent.—Motion granted and proceeding dismissed. Memorandum: A notice of petition in a CPLR

article 78 proceeding shall be served in the same manner as a summons in an action (CPLR 403 [c]). Moreover, an article 78 proceeding may not be used as a substitute for an appeal in a criminal matter *(Matter of Attica Bros. v Additional Term of Supreme Ct.,* 45 AD2d 10, 12). Present—Dillon, P. J., Doerr, Boomer, Green and Balio, JJ.